IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARRY M.,** by his next friend, James Fatter, on behalf of himself and all others similarly situated, | : <br> : <br> : <br> : |
| Plaintiff, | : File via ECF System <br> : |
| vs. | : Civil Action No:  1:CV-10-922 <br> :                          Chief Judge Kane <br> : Class Action |
| **PENNSYLVANIA DEPARTMENT of PUBLIC WELFARE** and **GARY ALEXANDER,** in his official capacity as Secretary of Public Welfare, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## ORDER

AND NOW, this 13th day of July, 2011, Plaintiff's Motion to Extend the Deadline for Fact Discovery is hereby GRANTED. The deadline is extended to October 12, 2011. A Status Call is scheduled for October 21, 2011 at 9:30 a.m.

BY:__s/ Yvette Kane_____
Kane, J.